```
                          United States Bankruptcy Court
                          Southern District of Florida
In re:                                                           Case No. 15-30771-RAM
Aldo Sigarreta                                                   Chapter 13
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 113C-1           User: idabarr               Page 1 of 2            Date Rcvd: May 17, 2018
                               Form ID: CGFD44             Total Noticed: 39


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 19, 2018.
db             #+Aldo Sigarreta,    11840 SW 18 Terrace, Unit 96,    Miami, FL 33175-8738
cr              +Federal National Mortgage Association,    Kahane and Associates,    c/o Taji S. Foreman,
                  8201 Peters Rd # 3000,    Plantation, Fl 33324-3292
cr              +JPMorgan Chase Bank, N.A.,    Kahane & Associates, P.A.,    c/o Taji S. Foreman, Esq.,
                  8201 Peters Road, Suite 3000,    Plantation, FL 33324-3292
cr              +National Revenue Service, Inc.,    Newman & Marquez, P.A.,    c/o Jennifer M. Marquez, P.A.,
                  1533 Sunset Dr., Ste. 225,    Coral Gables, FL 33143-5700
93368983        +Baptist Health South Florida,    PO Box 198116,    Atlanta, GA 30384-8116
93330337        +Cbna,    Po Box 6283,    Sioux Falls, SD 57117-6283
93330340        +Chase Manhatton Mortgage,    3415 Vision Dr,    Columbus, OH 43219-6009
93330341        +Choice Legal Group, P.A,    PO Box 9908,    Fort Lauderdale, FL 33310-0908
93330342        +Citibank/Citgo Oil,    Citicorp Credit Services/Attn:Centralize,    Po Box 790040,
                  St Louis, MO 63179-0040
93330346        +Federal National Mortgage,    3900 Wisconson Avenue,    Washington, DC 20016-2806
93330345        +Federal National Mortgage,    c/o State of FLorida,    The Capital, Suite PL-01,
                  Tallahassee, FL 32399-0001
93330344        +Federal National Mortgage,    14221 Dallas Parkway, Suite 100,    Dallas, TX 75254-2951
93330350        +Les Chateaux International,    c/o Alba Varela, PA,    Attn: Caridad Ortega,
                  7900 NW 155 Street, Suite 101,    Hialeah, FL 33016-5844
93330349        +Les Chateaux at International Gardens,    c/o Essig Law Group, PA,
                  13611 S. Dixie Highway, Suite 109,    PMB 485,    Miami, FL 33176-7262
93330348        +Les Chateaux at International Gardens,    c/o Professional Management & Assoc,
                  12905 SW 132 Street, Suite 5,    Miami, FL 33186-6293
93330351         National Revenue Service, Inc,    c/o David E. Newman, PA,    1533 Sunset Drive, Suite 225,
                  West Palm Beach, FL 33413
93330352        +National Revenue Service, Inc.,    1533 Sunset Drive, Suite 225,    Miami, FL 33143-5700
93369006        +Professional management,    c/o Internatinal HOA,    4909 SW 74 ct,    Miami, FL 33155-4412
93369007        +Progressive Insurance,    3250 W Commercial Blvd,    Fort Lauderdale, FL 33309-3404
93330355        +Seterus,    14523 Sw Millikan Way St,    Beaverton, OR 97005-2352
93369012        +Shell,    PO Box 6406,    Sioux Falls, SD 57117-6406

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              EDI: FLDEPREV.COM May 18 2018 04:18:00      Florida Department of Revenue,    POB 6668,
                  Bankruptcy Division,    Tallhassee, FL  32314-6668
ust             +E-mail/Text: USTPRegion21.MM.ECF@usdoj.gov May 18 2018 00:40:59      Office of the US Trustee,
                  51 S.W. 1st Ave.,    Suite 1204,    Miami, FL 33130-1614
93330334        +E-mail/Text: bankruptcy@cavps.com May 18 2018 00:41:37      Calvary Portfolio Services,
                  500  Summit Lake Dr,    Ste 400,    Valhalla, NY 10595-2322
93330335        +EDI: CAPITALONE.COM May 18 2018 04:18:00      Cap One,    Po Box 5253,
                  Carol Stream, IL 60197-5253
93330336        +EDI: CAPITALONE.COM May 18 2018 04:18:00      Capital One,    Attn: Bankruptcy,    Po Box 30285,
                  Salt Lake City, UT 84130-0285
93395172         EDI: CAPITALONE.COM May 18 2018 04:18:00      Capital One Bank (USA), N.A.,    PO Box 71083,
                  Charlotte, NC  28272-1083
93368987        +EDI: MERRICKBANK.COM May 18 2018 04:18:00      Card Service Center,    PO Box 9201,
                  Old Bethpage, NY 11804-9001
93330339        +EDI: CHASE.COM May 18 2018 04:18:00      Chase Card Services,    Attn: Correspondence Dept,
                  Po Box 15298,    Wilmingotn, DE 19850-5298
93330338        +EDI: CHASE.COM May 18 2018 04:18:00      Chase Card Services,    Attn: Correspondence Dept,
                  Po Box 15298,    Wilmington, DE 19850-5298
93368994        +EDI: DISCOVER.COM May 18 2018 04:18:00      Discover,    PO Box 71084,    Charlotte, NC 28272-1084
93330343        +E-mail/Text: bknotice@ercbpo.com May 18 2018 00:41:20      ERC/Enhanced Recovery Corp,
                  8014 Bayberry Rd,    Jacksonville, FL 32256-7412
93368999        +EDI: RCSFNBMARIN.COM May 18 2018 04:18:00      First National,    PO Box 98873,
                  Las Vegas, NV 89193-8873
93330347        +EDI: GMACFS.COM May 18 2018 04:18:00      G M A C,    Po Box 105677,    Atlanta, GA 30348-5677
93369008        +EDI: CHASE.COM May 18 2018 04:18:00      Providian National Bank,    PO Box 660490,
                  Dallas, TX 75266-0490
93330354        +EDI: DRIV.COM May 18 2018 04:18:00      Santander Consumer USA,    Santander Consumer USA,
                  Po Box 961245,    Fort Worth, TX 76161-0244
93330353        +EDI: DRIV.COM May 18 2018 04:18:00      Santander Consumer USA,    Po Box 961245,
                  Fort Worth, TX 76161-0244
93330356        +EDI: RMSC.COM May 18 2018 04:18:00      Synchrony Bank/ JC Penneys,    Attn: Bankrupty,
                  Po Box 103104,    Roswell, GA 30076-9104
93369014        +EDI: CITICORP.COM May 18 2018 04:18:00      The Associates,    PO Box 142319,
                  Irving, TX 75014-2319
                                                                                              TOTAL: 18

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```

```
District/off: 113C-1          User: idabarr                Page 2 of 2               Date Rcvd: May 17, 2018
                              Form ID: CGFD44              Total Noticed: 39

93368984*      +Calvary Portfolio Services,    500 Summit Lake Dr,    Ste 400,    Valhalla, NY 10595-2322
93368985*      +Cap One,    Po Box 5253,    Carol Stream, IL 60197-5253
93368986*      +Capital One,    Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
93368988*      +Cbna,    Po Box 6283,    Sioux Falls, SD 57117-6283
93368990*      +Chase Card Services,    Attn: Correspondence Dept,    Po Box 15298,    Wilmingotn, DE 19850-5298
93368989*      +Chase Card Services,    Attn: Correspondence Dept,    Po Box 15298,    Wilmington, DE 19850-5298
93368991*      +Chase Manhatton Mortgage,    3415 Vision Dr,    Columbus, OH 43219-6009
93368992*      +Choice Legal Group, P.A.,    PO Box 9908,    Fort Lauderdale, FL 33310-0908
93368993*      +Citibank/Citgo Oil,    Citicorp Credit Services/Attn:Centralize,    Po Box 790040,
                 St Louis, MO 63179-0040
93368995*      +ERC/Enhanced Recovery Corp,    8014 Bayberry Rd,    Jacksonville, FL 32256-7412
93368997*      +Federal National Mortgage,    c/o State of FLorida,    The Capital, Suite PL-01,
                 Tallahassee, FL 32399-0001
93368998*      +Federal National Mortgage,    3900 Wisconson Avenue,    Washington, DC 20016-2806
93368996*      +Federal National Mortgage,    14221 Dallas Parkway, Suite 100,    Dallas, TX 75254-2951
93369000*      +G M A C,    Po Box 105677,    Atlanta, GA 30348-5677
93369003*      +Les Chateaux International,    c/o Alba Varela, PA,    Attn: Caridad Ortega,
                 7900 NW 155 Street, Suite 101,    Hialeah, FL 33016-5844
93369002*      +Les Chateaux at International Gardens,    c/o Essig Law Group, PA,
                 13611 S. Dixie Highway, Suite 109,    PMB 485,    Miami, FL 33176-7262
93369001*      +Les Chateaux at International Gardens,    c/o Professional Management & Assoc,
                 12905 SW 132 Street, Suite 5,    Miami, FL 33186-6293
93369004*       National Revenue Service, Inc,    c/o David E. Newman, PA,    1533 Sunset Drive, Suite 225,
                 West Palm Beach, FL 33413
93369005*      +National Revenue Service, Inc.,    1533 Sunset Drive, Suite 225,    Miami, FL 33143-5700
93369010*      +Santander Consumer USA,    Santander Consumer USA,    Po Box 961245,    Fort Worth, TX 76161-0244
93369009*      +Santander Consumer USA,    Po Box 961245,    Fort Worth, TX 76161-0244
93369011*      +Seterus,    14523 Sw Millikan Way St,    Beaverton, OR 97005-2352
93369013*      +Synchrony Bank/ JC Penneys,    Attn: Bankrupty,    Po Box 103104,    Roswell, GA 30076-9104
                                                                                             TOTALS: 0, * 23, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 19, 2018                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 17, 2018 at the address(es) listed below:
              Jennifer Margolis Marquez    on behalf of Creditor    National Revenue Service, Inc.
               jenmargolis@bellsouth.net,    gail@newmanmarquezpa.com
              Nancy K. Neidich    e2c8f01@ch13miami.com, ecf2@ch13miami.com
              Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
              Ricardo Corona, Esq.    on behalf of Debtor Aldo  Sigarreta bk@coronapa.com
              Taji S Foreman    on behalf of Creditor    Federal National Mortgage Association
               tforeman@kahaneandassociates.com,    bkecf@kahaneandassociates.com
              Taji S Foreman    on behalf of Creditor    JPMorgan Chase Bank, N.A.
               tforeman@kahaneandassociates.com,    bkecf@kahaneandassociates.com
                                                                                             TOTAL: 6
```

**CGFD44** (10/01/16)



ORDERED in the Southern District of Florida on May 17, 2018

**Robert A Mark**
United States Bankruptcy Judge

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

Case Number: 15−30771−RAM
Chapter: 13

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Aldo Sigarreta
aka Aldo Orlando Sigarreta
11840 SW 18 Terrace, Unit 96
Miami, FL 33175

SSN: xxx−xx−0839

## ORDER DISMISSING CASE PURSUANT TO TRUSTEE'S REPORT OF NON−COMPLIANCE BY DEBTOR WITH POST CONFIRMATION PLAN

As provided under Local Rule 3070−1(C)(2)(c), a Report of Non−Compliance by Debtor with Plan Payments has been filed by the trustee in this case indicating that the debtor was served by the trustee with a notice of delinquency which established a deadline for the debtor to become current with plan payments and that the debtor has failed to meet this deadline.

Accordingly, it is

**ORDERED** that:

*Page 1 of 2*

1. This case is dismissed with prejudice as to the filing of any bankruptcy case in any federal bankruptcy court in the United States of America by the above−named debtor for 180 days from entry of this order, or the expiration of any prejudice period set in any previous order, whichever is later.

2. All pending motions are denied as moot.

3. The trustee shall file a final report prior to the administrative closing of the case.

4. (If applicable) the debtor shall immediately pay to the Clerk, U.S. Court, C. Clyde Atkins United States Courthouse, 301 North Miami Avenue, Room 150, Miami, FL 33128, **$0.00** for the balance of the filing fee as required by Local Rule 1017−2(E). Any funds remaining with the trustee shall be applied to this balance and the trustee must dispose of any funds in accordance with the Bankruptcy Code and Local Rule 1017−2(F), unless otherwise ordered by the court. The court will not entertain a motion for reconsideration of this order unless all unpaid fees are paid at the time the motion is filed.

5. A motion to rehear, reconsider, or reinstate a dismissed case must be filed in accordance with the requirements of Local Rule 9013−1(E).

6. In accordance with Local Rule 1002−1(B)(1), the clerk of court is directed to refuse to accept for filing any future voluntary petitions submitted by this debtor if the refiling violates a prior order of the court or if the petition is accompanied by an Application to Pay Filing Fee in Installments and filing fees remain due from any previous case filed by the debtor.

The clerk of court shall serve a copy of this order on all parties of record.

# # #

*Page 2 of 2*